STATE OF CONNECTICUT *v.* THEO SARGENT

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 24 (AC 23863), is denied.

*Elizabeth M. Inkster,* senior assistant public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided March 2, 2005

DANTE BOND *v.* COMMISSIONER OF CORRECTION

The petitioner Dante Bond's petition for certification for appeal from the Appellate Court, 87 Conn. App. 50 (AC 24633), is denied.

*Aaron J. Romano,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided March 2, 2005

KENNETH SCHWARTZ *v.* KAREN A. MURPHY ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 24754) is denied.

*Karen A. Murphy,* pro se, and *Kathleen A. Murphy,* pro se, in support of the petition.

*James A. Mahar* and *J. Paul Johnson,* in opposition.

Decided March 2, 2005